UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Thalia Blanchette</u>

    v.                       Civil No. 13-cv-29-JL

<u>Federal National Mortgage</u>
<u>Association, et al.</u>

### **ORDER OF RECUSAL**

    Because Thomas J. Pappas, who entered an appearance on behalf of Federal National Mortgage Association on January 31st, is on my recusal list, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

    **SO ORDERED.**

                                        _/s/ Joe Laplante_
                                        Joseph N. Laplante
                                        United States District Judge

Dated:  February 1, 2013

cc:  Thalia Blanchette, pro se
     Jennifer Turco Beaudet, Esq.
     Thomas J. Pappas, Esq.
     Scott C. Owens, Esq.